AO 91 (REV.5/85) Criminal Complaint

AUSA Aylice T--ohey (312) 886-1317

DOCKETED

JUN 05 2001

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MAGISTRATE JUDGE KEYS

UNITED STATES OF AMERICA

FILED

UNDER SEAL **UNDER SEAL**

v.

MAY 2 2 2001

CRIMINAL COMPLAINT

01CR489

BRIAN MURPHY

CASE NUMBER:

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about March 5, 2001 in Cook County, in the Northern District of Illinois defendant(s) did, (Track Statutory Language of Offense)

knowingly receive child pornography that had been shipped in interstate commerce by any means,

in violation of Title 18 United States Code, Section 2252A(a).

I further state that I am a(n) Special Agent (Official Title) and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: X Yes ___ No

Eileen L. Schmidt
Signature of Complainant

Sworn to before me and subscribed in my presence,

May 22, 2001
Date

at

Chicago, Illinois
City and State

ARLANDER KEYS
U.S. Magistrate Judge
Name & Title of Judicial Officer

Arlander Keys
Signature of Judicial Officer

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

# AFFIDAVIT

I, Eileen L. Schmidt, being duly sworn upon oath, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed for the past 19 years. I am assigned to the investigation of violent crimes , including child pornography and crimes against children.

2. I make this affidavit in support of an application by the United States of America for the issuance of a warrant to arrest Brian Joseph Murphy for a violation of Title 18, United States Code, Section 2252A (receipt of child pornography).

3. Since this affidavit is being submitted for the limited purpose of limited purpose of establishing probable cause in connection with the complaint to which this affidavit is attached, I have not included each and every fact known to me concerning this investigation. I make this affidavit in part from personal knowledge based on my participation in this investigation, including witness interviews and my review of documents, visual images, and computer records; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

4. On November 21, 2000, the Federal Emergency Management Agency (FEMA) Information Technology Services unit located in Mt Weather, Virginia, was conducting a routine computer check of the firewall activity, when it was discovered that a FEMA computer, Internet protocol (IP) address of 166.112.34.34, was being used to access web sites containing child

pornography. All FEMA computers that have Internet access are connected to a FEMA firewall machine, which maintains a log of FEMA computers that access the Internet. FEMA firewall logs depict the Internet websites that a particular FEMA computer visits on any given day, the date and time, and what the employee obtained, such as text or picture. The logs also depict areas within the website that the computer visits including any "pop-up" advertisements and pictures that appeared on the computer screen. FEMA identified the IP address set forth above as that of a FEMA computer used by employee Brian Murphy in Chicago, Illinois. A review of FEMA's firewall logs revealed that Murphy had visited hundreds of web sites on the Internet, thousands of times since November 2000, and in most cases Murphy had obtained pictures. The websites Murphy visited include Yahoo membership clubs entitled "child pornography", "daddyslittlegirlhardcore", "lesbians15oryounger", "preciouspreteenmodels", "freckles lolita, "flash lolita", "lolita for seniors".

5. As of January 2001, all FEMA computers with access to the Internet contain the following banner: "This computer system is operated and maintained by the Federal Emergency Management Agency for the use of its staff, contractors, and other authorized users. An employee enjoys no expectation of privacy in his use of the system, whether for official business or for limited personal use. Activity on this system is subject to monitoring in the course of system administration and for the purpose of protecting the system from unauthorized use. System administrators may provide possible evidence of criminal activity or other misconduct to law enforcement, FEMA management, and other appropriate officials. In addition, all information on this computer system may be examined by and disclosed to authorized personnel for official purposes." All FEMA staff, contractors, and other authorized computer users have to

click on the "OK" button before they are granted access to the computer. The notice appears as the first visible screen every time a FEMA network computer is turned on.

6. Every FEMA employee has a password which is unique to that individual. FEMA records show that Murphy, using his password, would access the FEMA local area network and then would subsequently access the Internet using the FEMA computer. Upon accessing the Internet, FEMA computers normally enter the FEMA home page. Murphy, however, set up his computer to enter the Yahoo home page, which is where he has his personnel Internet account. FEMA does not use Yahoo. Murphy would then enter his Yahoo user name and password and then would search for child pornography pictures. On numerous occasions, upon finding a child pornography image that he wanted, Murphy would then save the image to his personal Yahoo briefcase or his hard drive. Murphy also had the ability to save the image to a portable flash card unit that attaches to a Universal Serial Bus (USB) port. A USB port was identified on his FEMA computer, although it is not standard to have such a port on a FEMA computer.

7. Investigation reveals that Murphy has a number of software programs that are loaded on the FEMA computer assigned to him which are not approved by FEMA. The software programs include the Adobe Photo Deluxe Business addition, Adobe Photo, an Eastman Kodak program, a Nikkon Corporation program, a program that allows use of a digital camera with the computer, a program that allows the use of a scanner, programs that load pictures and text onto compact disk for both single use and reusable compact disks, and software which allows loading of pictures unto a flash card. The software loaded unto Murphy's FEMA computer would allow him to download child pornography pictures onto a flash card, a floppy disk, or compact disk and take it with him.

8. Electronic surveillance conducted on Murphy's computer since November 2000, reveals that Murphy has been downloading pictures from the Internet which constitute "child pornography" under 18 U.S.C. § 2256(8), as they depict minors engaged in "sexually explicit conduct" under 18 U.S.C. § 2256(2). All these images depict the lascivious exhibition of the genitals or pubic areas. See 18 U.S.C. § 2256(2)(E). In addition, some of the images depict oral-genital contact of minors. See 18 U.S.C. § 2256(2)(A).

9. For example, on March 5, 2001, FEMA records show that Murphy downloaded at least ten images of child pornography, including one image titled "84fb1de0.jpg " which depicts three children, all appearing to be under the age of twelve, in which the girl is orally copulating with one boy while holding a second boy's genitals.

10. The child pornography received by Murphy was shipped or transported in interstate commerce via Yahoo Internet Service. Yahoo is located in Santa Clara, California.

11. Yahoo account information for Brian Murphy reveals that the login names and e-mail addresses used by him include: "omurchu65048" and "omurchu1@earthlink.net"; "brion_omurchu" and "brion_omurchu@yahoo.co.uk"; and "omurchu60548" and "omurchu60548@yahoo.com"; "bomurchu", "bomurchu@yahoo.com", and "brian.murphy@fema.gov". Murphy's e-mail address at FEMA is "brian.murphy@fema.gov".

12. Based upon the information outlined above, I submit that there is probable cause to believe that Brian Murphy has received child pornography in violation of Title 18, United States Code, Section 2252A.

13. The foregoing summary of certain facts is submitted for the limited purpose of establishing probable cause in connection with the attached application for search warrant. I

have set forth only those facts that I believe are necessary to establish probable cause in this matter. This is not a complete statement of all I know about Brian Murphy or the events described in this affidavit.

FURTHER AFFIANT SAYETH NOT

Eileen Schmidt, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 22nd DAY
OF May, 2001.

HON. ARLANDER KEYS
United States Magistrate Judge
Northern District of Illinois